PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: James H. Southard

Case No.: 22-50489    Chapter: 7

**Change of Address for:**
Debtor [✔]    Creditor [ ]    Attorney for Debtor [ ]    Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]    Payments ONLY [ ]    Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: immediately

Name: James H. Southard

Prior Address: 1325 Jamerson Road
Marietta, GA 30066

*************************************************************************

New Address: 1375 Jamerson Road
Marietta, GA 30066

Change of Address Was Furnished By:    Debtor [ ]    Creditor [ ]    Attorney [✔]

Date: 2/8/22

Signature of Filer: /s/
Telephone Number: 770-426-9359

### IF FILED BY ATTORNEY

Attorney Name: Ian M. Falcone, Esq

Bar ID: 254470
Address: 363 Lawrence Street, Marietta, GA 30060
imf@falconefirm.com

Revised August 2012