IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| JAMES H. SOUTHARD, ) | |
| ) | Case No. 22-50489-lrc |
| Debtor ) | |
| ) | |
| _____ ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Attorneys Michael E. Hutchins, Robyn King Richards and Paul G. Williams hereby make an appearance as counsel for Itria Ventures, LLC, creditor and party-in-interest in the above-styled matter, and respectfully requests that all notices to creditors, including, without limitation, notices required 11 U.S.C. §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002 and 9007, be sent to them electronically or to the following address:

Michael E. Hutchins
Robyn King Richards
Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
Tel.:  (404) 260-6080
mhutchins@kasowitz.com
rking@kasowitz.com
pwilliams@kasowitz.com

Respectfully submitted, this 18th day of February, 2022.

                                 KASOWITZ BENSON TORRES LLP

                                 <u>/s/ Robyn King Richards</u>
                                 Michael E. Hutchins
                                 Georgia Bar No. 380425
                                 Robyn King Richards
                                 Georgia Bar No. 141940
                                 Paul G. Williams
                                 Georgia Bar No. 764925

                                 1230 Peachtree Street, NE
                                 Suite 2445
                                 Atlanta, Georgia 30309
                                 Telephone: (404) 260-6080
                                 Facsimile: (404) 260-6081
                                 mhutchins@kasowitz.com
                                 rking@kasowitz.com
                                 pwilliams@kasowitz.com

                                 *Attorneys for Plaintiff Itria Ventures LLC*

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** upon the parties listed below via U.S. Mail:

| | |
|---|---|
| James H. Southard<br>1325 Jamerson Road<br>Marietta, GA  30066<br>***Debtor*** | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA  30305<br>***Bankruptcy Trustee*** |
| Ian M. Falcone<br>The Falcone Law Firm, P.C.<br>363 Lawrence Street<br>Marietta, GA  30060<br>***Debtor's Attorney*** | A. Hardcastle, Jr.<br>T. Michael Flynn<br>402 Tanner Street<br>Carrolton, GA  30117 |
| A. Hardcastle Jr.<br>T. Michael Flynn<br>402 Tanner Street<br>Carrolton, GA  30117 | Andrea Lea<br>11 Buffalo Avenue<br>Islip, NY 11750-2313 |
| Andrea Sangkala<br>1 Columbus Place, #19A<br>New York, NY  10019-8201 | Armand Breard<br>304 Three Fingers Drive<br>Collinston, LA  71229 |
| Arthur Moss<br>2349 NW 25th Way<br>Lot 22<br>Boca Raton, FL  33434-4358 | Atlanta Gastroenterology Associates<br>P.O. Box 3475<br>Toledo, OH  43607-0475 |
| Auto Memories Classic Cars LLC<br>1375 Jamerson Road<br>Marietta, GA  30066-1118 | Barry Clements<br>45 El Camino Real<br>Chelsea, AL  35043-6213 |
| Bill Leyton<br>185 Carnegie Drive<br>Newport News, VA  23606-2612 | Brandon Anderson<br>59 Wellington Walk<br>Douglasville, GA  30134-6363 |

3

| | |
|---|---|
| CBSG/Par<br>c/o Daniel Sterner<br>Development Specialists Inc.<br>500 W. Cypre<br>Fort Lauderdale, FL  33309 | CSC<br>801 Adlai Stevenson Drive<br>Springfield, IL  62703-4261 |
| CSC<br>P.O. Box 2576<br>Springfield, IL  62708-2576 | Chem Bftcf National Bank<br>Attn:  Customer Care Center/Bankruptcy<br>333 E. Main Street<br>Midland, MI  48640-6511 |
| Cherokee County Tax Commissioner<br>2780 Marietta Highway<br>Canton, GA  30114-8208 | Contract Financing Solutions Inc.<br>22 N. 3rd Street<br>Philadelphia, PA  19106-2113 |
| Cory Alcala<br>129 West Shipyard Road<br>Mount Pleasant, SC  29464-6649 | Daniel Kopp<br>17211 Highlander Drive<br>Ramona, CA  92065-6971 |
| Dean Brown<br>5720 South Loop Lane<br>Fort Mohave, AZ  86426-6109 | Dural Grey<br>9 Greywood Lane<br>Cartersville, GA  30120-6992 |
| Ernest Larry Johnson<br>109 Lynwood Lane<br>Johnson City, TN  37615-2957 | Freedom Mortgage Corp.<br>Attn:  Bankruptcy<br>907 Pleasant Valley Avenue<br>Suite 3<br>Mount Laurel, NJ  08054-1210 |
| GA Anesthesiologists PC<br>531 Roselane Street, #830<br>Marietta, GA  30060-6979 | GFE NY LLC<br>C/o Yeshaya Gorkin, Esq.<br>Ainsworth Gorkin PLLC<br>P.O. Box 605<br>New York, NY  10038 |
| Glenn Shelhouse<br>41 Heartwood Drive<br>Cataula, GA  31804-2331 | Global Funding Experts<br>27-01 Queens Plaza N#802<br>Long Island City, NY  11101-4020 |
| Harrison Smith<br>c/o Eddy Smith, Esq.<br>Kennerly Montgomery<br>550 Main Street | Harry Dow<br>1730 W. Genesee Road<br>Auburn, NY  13020<br>Huw Richards |

| | |
|---|---|
| Knoxville, TN  37902-2515 | 54 Greene Street<br>Suite 4B<br>New York, NY  10013-2688 |
| IRUKA Capital Group LLC<br>162 Elmora Avenue<br>#211<br>Elizabeth, NJ  07202-1148 | Itria Ventures LLC<br>c/o Paul Williams, Esq.<br>1230 Peachtree Street<br>Suite 2445<br>Atlanta, GA  30309-7500 |
| J. Robinson Enterprises LLC<br>4704 Aberlour Way<br>Marietta, GA  30067-3507 | James Robinson<br>4704 Aberlour Way<br>Marietta, GA  30067-3507 |
| Jason Hooten<br>38 Casassa Court<br>Napa, CA  94558-2700 | Jerome Carter<br>100 Melrose Creek Drive<br>Stockbridge, GA  30281-2326 |
| John Moore<br>14 Justice Drive<br>Belleville, IL  62226-5179 | John Steele<br>17238 State Highway<br>Hayfield, MN  55940 |
| Julius Mullins<br>8913 Rue Feli City<br>Baton Rouge, LA  70809-2671 | Larry Pugh<br>3107 Cobblestone Drive<br>Milton, FL  32571-8427 |
| Leo Rodovsky<br>2941 Keystone Road<br>Northbrook, IL  60062-5105 | Leon Roditi<br>3575 NW 60th Street<br>Miami, FL  33142-2026 |
| Lisa Terry<br>Terry Advisory Group<br>5712 Brookstone Walk<br>Acworth, GA  30101-7800 | Luz Rubio Cruz<br>1375 Jamerson Road<br>Marietta, GA  30066-1118 |
| Massey Services, Inc.<br>315 Groveland Street<br>Orlando, FL  32804-4052 | Mike Looney<br>c/o Gary Jones<br>145 Church Street<br>Suite 103<br>Marietta, GA  30060-1691 |
| Mike Mohrhardt<br>9418 Rolling Ride Drive<br>Traverse City, MI  49686-9294 | Mr. Powers<br>c/o T. Michael Flynn<br>402 Tanner Street<br>Carrollton, GA  30117-3210 |
| Newco Capital Group | Phil Robertson |

5

| | |
|---|---|
| 80 Broad Street<br>Suite 3303<br>New York, NY  10004-2209 | 1488 Fallsbrook Court, NW<br>Acworth, GA  30101-7809 |
| Pietragallo<br>7 West State Street<br>Suite 100<br>Sharon, PA  16146-1377 | RBR Global<br>c/o Douglas L. Brooks PC<br>P.O. Box 8477<br>Atlanta, GA  31106-0477 |
| RLI Insurance Co<br>Dept 3500<br>P.O. Box 844122<br>Kansas City, MO  64184-4211 | Renee Rockwell<br>3481 Lakeside Drive #P306<br>Atlanta, GA  30326-1368 |
| Richard Evins<br>Schoenthaler Law Group<br>406 Ridley Avenue<br>LaGrange, GA  30240-2232 | Richard Fell<br>20 Via Visione<br>Unit 102<br>Henderson, NV  89011-3766 |
| Robert Carmack<br>14207 County Road 22<br>Fort Lupton, CO  80621-9506 | Robert Hennermann<br>212 Cleveland Court<br>Brick, NJ  08724-1738 |
| Robin Thompson<br>1517 Marigold Drive<br>Bethlehem, GA  30620-4731 | Rosa Varela<br>1505 Ruth Deerman Place<br>El Paso, TX  79912-7267 |
| Sflndcorp<br>1 Letterman Drive<br>San Francisco, CA  94129-1494 | Sflndcorp<br>375 Healdsburg Avenue<br>Suite 280<br>Healdsburg, CA  95448-4151 |
| Small Business Admin<br>6801 Lake Worth Road<br>Suite 209<br>Lake Worth, FL  33467-2966 | Steve Garrison<br>806 Riverfront Drive<br>Augusta, GA  30901-1973 |
| Sure Source Capital<br>330 Madison Avenue<br>Suite 6<br>New York, NY  10017-5041 | Sure Source Capital LLC,<br>35 Macadam Terrace<br>Milford, CT  06461-1859 |
| Unique Cars<br>170 NW 16th Street<br>Suite A<br>Boca Raton, FL  33432-1607 | United Community Bank<br>2215 Riversone Blvd<br>Canton, GA  30114-5235 |

| Wellstar Health System<br>P.O. Box 742625<br>Atlanta, GA  30374-2625 | Judd Swarzmann<br>4460 Libbitt Avenue<br>Encino, CA  91436-3254 |
|---|---|

This 18th day of February, 2022.

KASOWITZ BENSON TORRES LLP

*/s/ Robyn King Richards*
Robyn King Richards
Georgia Bar No. 141940