**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 1

| | |
|---|---|
| Case No.: 22-50489-LRC | Trustee Name: (300320) S. Gregory Hays |
| Case Name: SOUTHARD, JAMES H. | Date Filed (f) or Converted (c): 01/19/2022 (f) |
| | § 341(a) Meeting Date: 02/23/2022 |
| For Period Ending: 06/30/2022 | Claims Bar Date: |

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Formally Abandoned OA=§554(a) abandon. | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1375 Jamerson Road, Marietta, GA 30066, Cobb County  Tax liens on both real properties. | 846,000.00 | 0.00 | | 0.00 | 900,000.00 |
| 2 | 1363 Jamerson Road, Marietta, GA 30066, Cobb County  Property is adjacent to 1375 Jamerson Road property. Tax liens on both real properties. | 100,000.00 | 0.00 | | 0.00 | 100,000.00 |
| 3 | tables, chairs, bedroom sets, | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Exercise equipment, treadmill, weight machine | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 4 televisions, computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books, paintings, Figurines | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | men's clothes | 300.00 | 0.00 | | 0.00 | FA |
| 8 | family pets (2 dogs) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Deposits of money: Checking account- United community Bank | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: LGE account *7356 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Auto Memories Classic Cars LLC, 100% ownership | Unknown | 0.00 | | 0.00 | FA |
| 12 | Possible claim against Lisa Terry and Terry Advisory Group | Unknown | Unknown | | 0.00 | Unknown |
| **12** | **Assets Totals (Excluding unknown values)** | **$951,300.00** | **$0.00** | | **$0.00** | **$1,000,000.00** |

**Major Activities Affecting Case Closing:**

6/30/22 - Trustee is evaluating both real properties based on value, overlapping liens and avoidable lien and whether a recovery is available for unsecured creditors.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2024 | **Current Projected Date Of Final Report (TFR):** | 06/30/2024 |