# United States Bankruptcy Court
## Northern District of Georgia

In re: James H. Southard
Debtor(s)

Case No. 1:22-bk-50489
Chapter 7

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: Harry Dow

Address: 1730 W. Genesee Rd
Auburn, NY 13020

Please be advised that effective Oct 24, 2022,
**The Creditor's new mailing address is:**

Name: Harry Dow

Address: 4 Cherry Street
Lawrenceville, PA 16929

/s/ Ian Falcone
Ian Falcone 254470
Attorney for Debtor
THE FALCONE LAW FIRM PC
363 Lawrence Street
Marietta, GA 30060
770-426-9359
imf@falconelawfirm.com