# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**  22-50489-LRC

**Case Name:**  SOUTHARD, JAMES H.

**For Period Ending:**  06/30/2023

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  01/19/2022 (f)

**§ 341(a) Meeting Date:**  02/23/2022

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1375 Jamerson Road, Marietta, GA 30066, Cobb County<br><br>Tax liens on both real properties. Notice of abandonment filed, Dkt #18. | 846,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1363 Jamerson Road, Marietta, GA 30066, Cobb County<br><br>Property is adjacent to 1375 Jamerson Road property. Tax liens on both real properties. Liens may be satisfied with foreclosure of 1375 Jamerson Road property. | 100,000.00 | 0.00 | | 0.00 | 100,000.00 |
| 3 | tables, chairs, bedroom sets, | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Exercise equipment, treadmill, weight machine | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 4 televisions, computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books, paintings, Figurines | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | men's clothes | 300.00 | 0.00 | | 0.00 | FA |
| 8 | family pets (2 dogs) | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | Deposits of money: Checking account- United community Bank | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: LGE account *7356 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Auto Memories Classic Cars LLC, 100% ownership<br><br>Notice of abandonment filed, Dkt # 23. | Unknown | 0.00 | OA | 0.00 | FA |
| 12 | Possible claim against Lisa Terry and Terry Advisory Group | Unknown | 0.00 | | 0.00 | FA |
| 12 | **Assets        Totals**        (Excluding unknown values) | **$951,300.00** | **$0.00** | | **$0.00** | **$100,000.00** |

**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 22-50489-LRC

**Case Name:** SOUTHARD, JAMES H.

**For Period Ending:** 06/30/2023

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 01/19/2022 (f)

**§ 341(a) Meeting Date:** 02/23/2022

**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

6/30/22 - Trustee is evaluating both real properties based on value, overlapping liens and avoidable lien and whether a recovery is available for unsecured creditors.

8/30/22 - No equity in house. Notice of abandonment filed on 8/30/22.

4/24/2023 - Relief from stay was granted on 1375 Jamerson Road but the foreclosure has not occurred.

6/22/2023 - Trustee is monitoring status of foreclosure of 1375 Jamerson Road property and payment of tax lien from the foreclosure and impact on equity on vacant lot located at 1373 Jamerson Road.

7/31/23 - Claims bar date requested to be set.

**Initial Projected Date Of Final Report (TFR):** 06/30/2024

**Current Projected Date Of Final Report (TFR):** 06/30/2024